OFFICE OF DISCIPLINARY COUNSEL *v.* DEPIETRO.

[Cite as *Disciplinary Counsel v. DePietro* (1994), 71 Ohio St.3d 391.]

(No. 94–2253—Submitted December 7, 1994—Decided December 30, 1994.)

*Geoffrey Stern,* Disciplinary Counsel, and *Alvin E. Mathews,* Assistant Disciplinary Counsel, for relator.

*Harry J. DePietro, pro se.*

---

*Per Curiam.* We concur in the findings and recommendation of the board. Accordingly, we hereby publicly reprimand Harry J. DePietro. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and F.E. SWEENEY, JJ., concur.

PFEIFER, J., dissents.

PFEIFER, J., dissenting. The facts as presented in this case do not merit disciplinary action. However, respondent did agree with the panel's recommendation of a public reprimand. If there are some other facts that yielded this result, they should be revealed to this court. If not, the case should be dismissed.